UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,              :

      - v. -                              :

ALLAN GUEDES SHARIF,                   :

              Defendant.

- - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
INDICTMENT
DATE FILED: JAN 11 2008

08 CRIM 38

JUDGE KAPLAN

## COUNT ONE

The Grand Jury charges:

1. On or about August 29, 2007, in the Southern District of New York and elsewhere, ALLAN GUEDES SHARIF, the defendant, unlawfully, willfully, and knowingly, and without lawful authority, did threaten to use a weapon of mass destruction against a person and property within the United States, while using a facility of interstate and foreign commerce in furtherance of the offense, to wit, SHARIF communicated a bomb threat by telephone to Deutsche Bank in Manhattan.

(Title 18, United States Code, Section 2332a(a)(2).)

## COUNT TWO

The Grand Jury further charges:

2. On or about August 29, 2007, in the Southern District of New York and elsewhere, ALLAN GUEDES SHARIF, the defendant, unlawfully, willfully, and knowingly, did engage in conduct with intent to convey false and misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has

taken, is taking, or will take place that would constitute a violation of Title 18, United States Code, Section 2332a, to wit, SHARIF communicated a bomb threat by telephone to Deutsche Bank in Manhattan.

(Title 18, United States Code, Section 1038(a)(1).)

## COUNT THREE

The Grand Jury further charges:

3. On or about August 29, 2007, in the Southern District of New York and elsewhere, ALLAN GUEDES SHARIF, the defendant, unlawfully, willfully, and knowingly, and without lawful authority, did threaten to use a weapon of mass destruction against a person and property within the United States, while using a facility of interstate and foreign commerce in furtherance of the offense, to wit, SHARIF communicated a bomb threat by telephone to the Bank of New York in Manhattan.

(Title 18, United States Code, Sections 2332a(a)(2) and 2.)

## COUNT FOUR

The Grand Jury further charges:

4. On or about August 29, 2007, in the Southern District of New York and elsewhere, ALLAN GUEDES SHARIF, the defendant, unlawfully, willfully, and knowingly, did engage in conduct with intent to convey false and misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of Title 18, United States Code, Section 2332a, to wit,

2

SHARIF communicated a bomb threat by telephone to the Bank of New York in Manhattan.

(Title 18, United States Code, Sections 1038(a)(1) and 2.)

## COUNT FIVE

The Grand Jury further charges:

5. On or about August 29, 2007, in the Southern District of New York and elsewhere, ALLAN GUEDES SHARIF, the defendant, unlawfully, willfully, and knowingly, and without lawful authority, did threaten to use a weapon of mass destruction against a person and property within the United States, while using a facility of interstate and foreign commerce in furtherance of the offense, to wit, SHARIF communicated a bomb threat by telephone to a Bank of America branch in Manhattan.

(Title 18, United States Code, Sections 2332a(a)(2) and 2.)

## COUNT SIX

The Grand Jury further charges:

6. On or about August 29, 2007, in the Southern District of New York and elsewhere, ALLAN GUEDES SHARIF, the defendant, unlawfully, willfully, and knowingly, did engage in conduct with intent to convey false and misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of Title 18, United States Code, Section 2332a, to wit,

SHARIF communicated a bomb threat by telephone to a Bank of America branch in Manhattan.

(Title 18, United States Code, Sections 1038(a)(1) and 2.)

### COUNT SEVEN

The Grand Jury further charges:

7.  On or about August 29, 2007, in the Southern District of New York and elsewhere, ALLAN GUEDES SHARIF, the defendant, unlawfully, willfully, and knowingly, and without lawful authority, did threaten to use a weapon of mass destruction against a person and property within the United States, while using a facility of interstate and foreign commerce in furtherance of the offense, to wit, SHARIF communicated a bomb threat by telephone to Societe Generale in Manhattan.

(Title 18, United States Code, Sections 2332a(a)(2) and 2.)

### COUNT EIGHT

The Grand Jury further charges:

8.  On or about August 29, 2007, in the Southern District of New York and elsewhere, ALLAN GUEDES SHARIF, the defendant, unlawfully, willfully, and knowingly, did engage in conduct with intent to convey false and misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of Title 18, United States Code, Section 2332a, to wit,

SHARIF communicated a bomb threat by telephone to Societe Generale in Manhattan.

(Title 18, United States Code, Sections 1038(a)(1) and 2.)

_/s/ Millicent Jones_
FOREPERSON

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**ALLAN GUEDES SHARIF,**

**Defendant.**

**INDICTMENT**

08 Cr.

(18 U.S.C. §§ 2332a(a)(2), 1038 & 2.)

<u>MICHAEL J. GARCIA</u>
United States Attorney.

**A TRUE BILL**

*Millicent Jones*
Foreperson.